UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JESSE OCHOA,

           Plaintiff,

   v.

EDDY JOELSON,

           Defendant.

1:21-cv-00011-HBK (PC)

ORDER TO SUBMIT APPLICATION
TO PROCEED *IN FORMA PAUPERIS*
OR PAY FILING FEE WITHIN 45 DAYS

Plaintiff Jesse Ocho, a state prisoner, is proceeding on his *pro se* civil rights complaint under 42 U.S.C. § 1983 filed on January 4, 2021.  (Doc. No. 1).  Plaintiff did not accompany his complaint with the $402.00 filing fee or an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, it is now ORDERED:

1.   Within forty-five (45) days of the date of service of this Order, Plaintiff must submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action.

2.   **Plaintiff is warned that his failure to comply with this Order will result in a dismissal of this action for is failure to prosecute this action.**

IT IS SO ORDERED.

Dated:   __January 13, 2021__

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1