1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JESSE OCHOA,                              Case No.  1:21-cv-00011-HBK (PC)

12              Plaintiff,                       ORDER TO RESUBMIT SIGNED
                                                 SIGNATURE PAGE
13         v.
                                                 (Doc. No.  16)
14    EDDY JOELSON,
                                                 OCTOBER 18, 2023 DEADLINE
15              Defendant.

16

17        Before the Court is the pro se Plaintiff's first amended complaint.  (Doc. No. 16, "FAC").

18   Plaintiff did not sign and date his first amended complaint.  (*Id*. at 5).[1]  "Every pleading, written

19   motion, and other paper must be signed…by a party personally if the party is unrepresented."

20   Fed. R. Civ. P. 11(a).  "The court must strike an unsigned paper unless the omission is promptly

21   corrected after being called to the…party's attention."  *Id*.  Because Plaintiff is proceeding pro se,

22   the Court will afford Plaintiff an opportunity to correct the deficiency in his first amended

23   complaint by resubmitting a signed signature page.

24        Accordingly, it is ORDERED:

25        1.     The Clerk shall return a copy of the page 5 of the first amended complaint (Doc.

26   No. 16) to Plaintiff with this Order.

27

28
_____

[1] The Court refers to the page numbers of the FAC as reflected on the Court's CM/ECF system instead of the page numbers on Plaintiff's FAC

1

      2.      **No later than October 18, 2023**, Plaintiff must deliver to correctional officials for

2

mailing the returned signature page dated and signed.

3

      3.      The Clerk of Court shall docket the returned dated and signed signature page upon

4

receipt.

5

      4.      Plaintiff's failure to timely comply with this order will result in the Court striking

6

the first amended complaint for a violation of Rule 11(a) of the Federal Rules of Civil Procedure.

7

8

Dated:    September 27, 2023

9

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2