UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE OCHOA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDDY JOELSON,<br><br>　　　　　Defendant. | Case No.  1:21-cv-00011-HBK (PC)<br><br>ORDER DIRECTING PLAINTIFF TO RESPOND TO DISPOSITIVE MOTION<br><br>(Doc. No. 24)<br><br>APRIL 15, 2024 DEADLINE |

On February 12, 2024, Defendant Eddy Joelson filed a motion seeking dismissal of this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, because he is entitled qualified immunity, and Rule 12(b)(1) on the grounds that Plaintiff failed to exhaust his administrative remedies.  (*See* Doc. No. 24, "Motion").  As of the date of this Order, Plaintiff has not filed an amended complaint or otherwise filed an opposition to the Motion and the time to do so has expired.  *See* Fed. R. Civ. P. 15(a)(1)(B) (affording party 21 days to file an amended complaint in response to motion to dismiss under Rule 12(b)); *see also* Local Rule 230(c) (affording party 14 days to file an opposition to a motion, the failure of which may construed by the Court as a non-opposition).

Considering Plaintiff's pro se status, the Court *sua sponte* will grant Plaintiff a limited extension of time to file either an amended complaint, if appropriate, or an opposition to the

Motion. Alternatively, because no Defendant has answered or filed a motion for summary judgment, Plaintiff may instead seek to voluntarily dismiss this action *without prejudice* by filing a Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A).

ACCORDINGLY, it is **ORDERED**:

1. **No later than April 15, 2024**, Plaintiff shall either file an amended complaint or opposition to Defendant's Motion (Doc. No. 24).  In the alternative, Plaintiff may file a Notice of Voluntary Dismissal under Rule 41(a)(1)(A).
2. If Plaintiff fails to respond to this Order, the Court will deem Defendant's Motion (Doc. No. 24) unopposed and submitted.

Dated:   March 25, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE